COCA–COLA USA, A DIVISION OF the COCA–COLA COMPANY, a Delaware Corporation, also d/b/a Coca–Cola Fountain, Appellant–Respondent,

v.

WOODS QUALITY SERVICE CORPORATION, et al., Respondent–Appellant.

Nos. WD 63455, WD 63664.

Missouri Court of Appeals, Western District.

March 29, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2005.

Keith A. Cutler, Kansas City, MO, for Appellant/Respondent.

Timothy J. Murphy, Co–Counsel, Kansas City, MO, for Appellant/Respondent.

Matthew J. Hamilton, Pleasant Hill, MO, for Respondent/Appellant.

Before: LOWENSTEIN, P.J., SMART, J. and EDWIN H. SMITH, C.J.

### ORDER

PER CURIAM.

This is an appeal from a breach of contract action and counterclaim tried to a jury. The judgment on the verdict was in favor of each party. Both sides appealed. Affirmed. Rule 84.16(b).